UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :
JULIE DERMANSKY PHOTOGRAPHY LLC,        :
                                        :          26cv3417(DLC)
                         Plaintiff,     :
          -v-                           :          ORDER
                                        :
THE TRUSTEES OF COLUMBIA UNIVERSITY IN  :
THE CITY OF NEW YORK,                   :
                                        :
                         Defendant.     :
                                        :
--------------------------------------- X

DENISE COTE, District Judge:

It having been reported to this Court that the parties have reached a settlement in principle, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **July 17, 2026.** If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:   New York, New York
         June 17, 2026

                                    _____
                                              DENISE COTE
                                    United States District Judge